AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:12-cv-14332-SJM-LJM
Hon. Stephen J. Murphy III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Tamara Washington

Date of Service: Friday, 10/12/12 12:41 PM

## Method of Service

____ Personally served at this address:

✓ Left copies at defendant's usual place of abode with (name of person): Jane Doe (sister) would not give name
5538 Neff
Detroit, MI 48224
Black Female, 45-50 yrs, 5'3"-5'5", 180-200 lbs, short hair

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $ —   Service $ 30.00   Total $ 30.00

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Roland Arrington - Process Server

Signature of Server: [signature]

Date: 10/16/12

Server's Address: 18701 Grand River #121
Detroit, MI 48223

ADRIENNE ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 23, 2014
ACTING IN COUNTY OF Wayne